**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**    www.flsb.uscourts.gov

☒ ___2nd___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. modified, if applicable)

DEBTOR: Beth Ember Neadel     JOINT DEBTOR: _____    CASE NO.: 11-26426-JKO
Last Four Digits of SS#: 3073     Last Four Digits of SS#: ____

☐ This document is plan summary. Additional data on file in clerk's office attached to original plan.
**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 990.33    for months __1__ to __7__;
    B.    $ 1,220.07    for months __8__ to __60__;
    C.    $ _____    for months ____ to ____; in order to pay the following creditors:

Administrative:    Attorney's fee: $ 5,050.00.    TOTAL PAID $ 1,500.00. (Includes $775 to cram down 1st mortgage on non-homestead property and $775 to strip 2nd mortgage)

    Balance due: $ 3,550.00, payable $ 507.15/month (Months __1__ to __7__)
    payable $_____/month (Months ____ to ____)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Name: _____    Arrearage on Petition Date $_____.
    Address: _____    Arrears Payment $_____/month (Months ____ to ____)
    _____    Arrears Payment $_____/month (Months ____ to ____)
    Account #: _____    Regular Payment $_____/month (Months ____ to ____)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total of Plan Payments |
|---|---|---|---|---|---|
| CitiMortgage, Inc. / Citibank, N.A. / Citibank, F.S.B. (Acct. # ending in 0592) | Real Property located at 3060 NE 10th Terrace, Pompano Beach, FL 33064 $ 53,000.00 | 4.50 % | $ 393.15<br>$ 383.15<br>$ 1,067.04 | __1__ to __5__<br>__6__ to __7__<br>__8__ to __60__ | $ 59,284.80 |
| DTA Solutions LLC / GMAC Mortgage, LLC / Homecomings Financial, LLC / Capital One Home Loans, LLC / Mortgage Electronic Registration Systems, Inc. (Acct. # ending in 2233) | Unsecured 2nd Mortgage on Debtor's Real Property located at 3060 NE 10th Terrace, Pompano Beach, FL 33064 $ 53,000.00 | 0.00 % | $ 0.00 | __1__ to __60__ | $ 0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. N/A _____    Total Due $_____.
    Payable $_____/month (Months ____ to ____) Regular Payment $___-___

Unsecured Creditors:    Pay $ 10.00 /month (Months __6__ to __7__)
    Pay $ 42.11 /month (Months __8__ to __60__)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor's real property located at 3060 NE 10th Terrace, Pompano Beach, FL 33064 is being valued in this Plan and the 1st mortgage owed thereon to CITIMORTGAGE, INC. / CITIBANK, N.A. / CITIBANK, F.S.B. (acct. # ending in 0592), including all interest, costs, and attorneys fees, will be paid in full pursuant to thereto; if the Proof of Claim exceeds the secured amount, the claim will be bifurcated with the excess balance being treated as unsecured debt. The 2nd mortgage on the debtor's real property located at 3060 NE 10th Terrace, Pompano Beach, FL 33064 owed to DTS SOLUTIONS LLC / GMAC MORTGAGE, LLC / HOMECOMINGS FINANCIAL, LLC / CAPITAL ONE HOME LOANS, LLC / MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (acct. # ending in 2233) is being stripped off the property and shall be treated as wholly unsecured. The lien on the 2005 Dodge Grand Caravan owed to REVA EMBER shall be paid direct and treated outside of the plan. The debtor's husband's business is paying KEYBANK, NA (acct. # ending in 1438) for the 1986 BHM boat direct and outside of the plan. The debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event that the debtor's income or tax refunds increase, the debtors shall increase payments to unsecured creditors over and above payments provided through the plan. This may be up to 100% of allowed unsecured claims, dependant on the increase in the debtor's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

X _____  
Debtor  
Date: 1/20/12

_____  
Debtor  
Date: _____